

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-16-00130-CV |
| | § | |
| | § | AN ORIGINAL PROCEEDING |
| IN RE: R.E. AND G.E., | § | |
| | § | ON PETITION FOR WRIT OF |
| Relators. | § | |
| | § | HABEAS CORPUS |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of habeas corpus, and concludes that Relators' petition for writ of habeas corpus should be dismissed for want of jurisdiction. We therefore dismiss the petition for writ of habeas corpus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 13TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.